

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2020

No. 04-19-00576-CR

George Oscar **PENA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6904
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on January 27, 2020. The brief has not been filed. Appellant's attorney is ORDERED to respond to this court in writing within ten (10) days of the date of this order. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If appellant's attorney fails to file an adequate response within ten (10) days, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. TEX. R. APP. P. 38.8(b)(2).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court